UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBORAH ANN WILLIAMS,
f/n/a CHALEDEEANNKA GOYENS,

Petitioner,

v.

ELIJAH, DEPARTMENT OF VA,

Respondent.

Case No. 3:25-cv-00462-ART-CSD

ORDER

*Pro se* Petitioner Deborah Williams filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 2-1 ("Petition").) Following a review of the Petition, the Court dismissed it without prejudice as inscrutable. (ECF No. 11.) Judgment was entered. (ECF No. 13.) Williams has now moved to reopen this case.[1] (ECF No. 24.) However, importantly, Williams has also filed a notice of appeal. (ECF No. 23.)

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).[2] Because the Court lacks jurisdiction over the motion to reopen, the Court denies it without prejudice. Williams may renew this motion following her appeal.

[1] The motion does not give any basis for reopening this matter.

[2] Notably, "[i]f a party files in the district court any of the following motions under the Federal Rules of Civil Procedure—and does so within the time allowed by those rules—the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion:" motion for judgment under Rule 50(b), motion to amend or make new factual findings under Rule 52, motion for attorney's fees under Rule 54, motion to alter or amend judgment under Rule 59, motion for a new trial under Rule 59, and motion for relief under Rule 60. Fed. R. App. P. 4(a)(4)(A)(i-vi). Williams's motion to reopen does not appear to fall within this rule.

It is therefore ordered that the motion to reopen (ECF No. 24) is denied without prejudice. To the extent that it is required, a certificate of appealability is denied.

DATED THIS 31st day of March, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE